# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ERWIN VASQUEZ CORREA,

                Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

_____/

Case No. 1:17-cv-00731-SKO

**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

**(Doc. 2)**

Plaintiff Erwin Vasquez Correa filed a complaint on May 25, 2017, (Doc. 1), along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 (the "Application"), (Doc. 2). Plaintiff's Application demonstrates entitlement to proceed without prepayment of fees. (*See id.*)

Accordingly, IT IS HEREBY ORDERED that:

1.    Plaintiff's Application, (Doc. 2), is GRANTED;

2.    The Clerk of Court is DIRECTED to issue a summons; and

3.    The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this Order upon Defendant as directed by Plaintiff.

IT IS SO ORDERED.

Dated: __**May 29, 2017**__                /s/ *Sheila K. Oberto*
                                       UNITED STATES MAGISTRATE JUDGE